### BURK vs. WILLIAMSON.

Appeal dismissed for want of a statement of facts.

APPEAL from the court of the sixth district.

PORTER, J. delivered the opinion of the court.    In this case, there being no statement of facts as the law requires, it is ordered, adjudged and decreed, that the appeal be dismissed, and that the appellants pay costs.

*Johnston* for the plaintiff, *January* for the defendant.